GERTRUDE BOS and GERARD BOS, Appellants, v. CLARENCE J. COHEN, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Dore, Cohn and Callahan, JJ.

SANTINI & SONS, INC., Appellant, v. SANTINI MOVING CORP. and ADEBALDO PROCISSI, Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Dore, Cohn and Callahan, JJ.

THE LAND BROKERAGE COMPANY, Respondent, v. MICHAEL SAMIT, Appellant. — Judgment and order affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Dore, Cohn and Callahan, JJ.; Callahan, J., dissents on ground that there is a triable issue.

FRANCIS A. CODY, Respondent, v. HERMAN W. BOOTH, Defendant, Impleaded with GEORGE I. HOVEY, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Glennon, Cohn and Callahan, JJ.

ABNER B. STUPEL, Respondent, v. JULIAN GOLDMAN, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendant to answer within twenty days after service of order upon payment of said costs. No opinion. Present — Martin, P. J., O'Malley, Glennon, Cohn and Callahan, JJ.

ROSE SARKIN, Appellant, v. THOMAS E. MURRAY, JR., as Receiver of the INTERBOROUGH RAPID TRANSIT COMPANY, Respondent.— Judgment and order reversed, with costs, and the verdict reinstated. No opinion. Present — Martin, P. J., O'Malley, Glennon, Cohn and Callahan, JJ.; Martin, P. J., and O'Malley, J., dissent and vote for affirmance.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HAROLD BROWN, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., O'Malley, Glennon, Cohn and Callahan, JJ.

IDA GLOGOVER, Respondent, v. IRA GLOGOVER, Appellant.— Order unanimously affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Glennon, Cohn and Callahan, JJ.

CONSTANTINE T. STEPHANIDES, Respondent, v. AMELIE STEPHANIDES, Appel-, lant, Impleaded with Another, Defendant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Glennon, Cohn and Callahan, JJ.

WISE & Co., INC., Respondent, v. WECOLINE PRODUCTS, INC., Appellant.— Order granting plaintiff's motion for summary judgment unanimously reversed, with twenty dollars costs and disbursements, and the motion denied, and order denying defendant's cross-motion for summary judgment unanimously affirmed, on the ground that triable issues are involved; and appeal from order denying defendant's motion to vacate order granting plaintiff's motion for summary judgment dismissed. Present — Martin, P. J., O'Malley, Glennon, Cohn and Callahan, JJ.